RECEIVED
2022 FEB 15 AM 10: 51
US COURT OF APPEALS
FEDERAL CIRCUIT

FORM 12. Informal Opening Brief (District Court, Court of International Trade, and Court of Federal Claims)

Form 12 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF APPELLANT

**Case Number:** 22-1378

**Short Case Caption:** Jenkins v. US

**Name of Appellant:** Brodrick Jamar Jenkins

**Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.

Attach a copy of the trial court's opinion, order, and/or judgment. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

1. Have you ever had another case before this court? ☐ Yes ☑ No
   If yes, state the name and number of each case.

   NA

2. Did the trial court incorrectly decide or fail to take into account any facts?
   ☑ Yes ☐ No
   If yes, what facts?

   That the DEA Task Force Agents were the sole authorizing authority to [request] and [direct] Twin Cities Transport and Recovery to [tow] and [store] both vehicles. That the government owed a [duty] to inform the appellant that both vehicles impounded with there location, and when they were no longer needed as evidence. That the government, [DEA] Federal Task Force did not infact release holds on either vehicle which was the sole authorizing unit of government to initiate, request, and direct the towing to place in custody both vehicles. In addition the DEA Task Force petitioned and obtained a warrant from the US District court in Minneapolis, Minnesota. DEA agents executed the warrant. The appellant during his criminal

3. Did the trial court apply the wrong law? ☑ Yes ☐ No
   If yes, what law should be applied?

The law that governs the United States Fifth Amendment.
The law that governs Due Process Procedural Errors
The law that governs Intentual Tort
The law that governs Negligence
Minnesota Statute § 168B.06

4. Did the trial court fail to consider important grounds for relief?
   ☑ Yes ☐ No
   If yes, what grounds?

That the appellant is entitled to be provided notice by the United States government that his vehicles were taken into custody, that a warrant was petitioned and served on his vehicles, that his vehicles were no longer needed as evidence and the location of both vehicles. That the appellant constitutional rights were violated and the United States deprived the appellant of his rights to his property, there was no way for the appellant to initiate any process to get his vehicles with no information

5. Are there other reasons why the trial court's decision was wrong?
   ☑ Yes ☐ No
   If yes, what reasons?

Because the record and the government actions clearly verify the US government was negligent, and due to there negligence deprived the appellant this constitutional rights.
That the record and facts of this matter verify the government intent was malice.
Unreasonable police tortfeasance in the future. Remedies for consititutional wrongs, like other legal remedies, chiefly involve measures either to prevent or terminate the wrong or to redress the harm caused by past unconstitutional [police] conduct.

6. What action do you want this court to take in this case?

To Order the United States Government to award the appellant just compensation from depriving the appellant his constitutional rights to his private property.

Date: 1/27/22

Signature: Brodrick Jenkins

Name: Brodrick Jenkins

Brodrick Jenkins
11848059
AUSP-Thomson
PO Box 1002
Thomson, IL. 61285

CERTIFIED MAIL®

7021 2720 0002 0327 3655

INMATE
IDENTIFICATION
CONFIRMED

UNITED STATES POSTAL SERVICE®
1000
20439

U.S. POSTAGE PAID
FCM LG ENV
THOMSON, IL
61285
FEB 01, 22
AMOUNT
$0.00
R2304W121492-12

FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA

USPS

Clerk of Court
United State Court Of Appeal
for The Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington DC, 20439