No. 2022-1378

# United States Court of Appeals for the Federal Circuit

BRODRICK JAMAR JENKINS,

*Plaintiff-Appellant*,

*v.*

UNITED STATES,

*Defendant-Appellee*.

Appeal from the United States District Court for the District of North Dakota, No. 3:19-cv-00188-ARS

**APPELLANT'S MOTION TO WITHDRAW INFORMAL BRIEF FILED PRIOR TO RETAINING PRO BONO COUNSEL**

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Appellant Brodrick Jamar Jenkins respectfully requests this Court withdraw the informal brief that he sent *pro se* on January 27, 2022, ECF No. 9.

Extraordinary circumstances and good cause exist to withdraw Mr. Jenkins' informal brief. When Mr. Jenkins mailed the informal brief to this Court on January 27, 2022, he was proceeding *pro se*. That has since changed.

On February 14, 2022, Mr. Bruton entered a partial appearance in order to file, on Mr. Jenkins' behalf, a motion for extension of time to (1) order transcript

of proceedings, (2) file docketing statement and (3) file opening brief. ECF Nos. 4–5, 7. As explained in the motion for extension of time, this was a partial appearance because Mr. Bruton had not yet been retained, in writing, by Mr. Jenkins. And as described in the motion for extension of time, unavoidable obstacles associated with communicating with a prisoner client caused a delay in receiving Mr. Jenkins' signed engagement letter and otherwise beginning the representation.

Upon Mr. Bruton's entry of appearance and prior to the filing of the motion for extension of time, this Court's Clerk changed the case status to "Not Pro Se," extended the deadline to file the docketing statement to February 22, 2022, and the deadline to file the opening brief to March 21, 2022. ECF No. 6. Mr. Bruton then filed the motion for extension of time requesting "(1) a 30-day extension of time within which to order the transcript of the proceedings, to and including March 7, 2022, (2) a 30-day extension of time within which to file the docketing statement, to and including March 24, 2022, and (3) a 60-day extension of time within which to file his opening brief, to and including May 20, 2022." ECF No. 7 at 1. As of the filling of this motion, Mr. Jenkins' request for an extension of time remains pending.

Mr. Bruton has since received Mr. Jenkins' signed engagement letter and completed the process to be retained by Mr. Jenkins in this matter as pro bono

counsel. Mr. Jenkins, through undersigned counsel, moves to withdraw his informal brief because Mr. Bruton, as explained in the accompanying declaration, intends to file an opening brief on Mr. Jenkins' behalf.

On February 21, 2022, Mr. Bruton sent a copy of this motion to counsel for the United States. The United States does not oppose the requested relief.

Dated: February 22, 2022

Respectfully submitted,

*/s/ H. Hunter Bruton*

H. Hunter Bruton
*Counsel of Record*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
hbruton@jonesday.com

**DECLARATION OF H. HUNTER BRUTON**

I, H. Hunter Bruton, an attorney, declare as follows:

1. I submit this declaration in support of Appellant's Motion to Withdraw Informal Brief Filed Prior to Retaining Pro Bono Counsel.

2. I entered a limited appearance on February 14, 2022 in order to file a motion for extension of time on Mr. Jenkins' behalf to (1) order transcript of proceedings, (2) file docketing statement and (3) file opening brief. ECF Nos 4–5, 7. I did so because Mr. Jenkins' original deadline to file his informal brief was February 14, 2022.

3. That appearance was limited because, due to challenges associated with sending mail to, and scheduling legal calls with, a prisoner client, Mr. Jenkins had not yet retained me as his counsel in writing. The motion for extension was filed with his permission and on his behalf.

4. Although this Court has yet to rule on the motion for extension of time, this Court extended the deadline to file the opening brief to March 21, 2022.

5. On February 18, 2022, I received Mr. Jenkins' engagement letter.

6. By February 22, 2022, I completed the remaining tasks required by my firm to undertake pro bono representation of Mr. Jenkins.

7. Vacating the informal brief is necessary so I, as Mr. Jenkins' new counsel, can prepare the opening brief in advance of the current March 21, 2022 deadline,

ECF No. 6, or the unopposed requested extension of the deadline to May 20, 2022, ECF No. 7.

8. On February 21, 2022, I shared a copy of this motion with counsel for the United States. Counsel for the United States does not oppose the requested relief.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 22, 2022

Respectfully submitted,

*/s/ H. Hunter Bruton*
H. Hunter Bruton
*Counsel of Record*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
hbruton@jonesday.com

# CERTIFICATE OF INTEREST

Case No. 2022-1378

*Brodrick Jamar Jenkins v. United States*

Filing Party/Entity: Brodrick Jamar Jenkins

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: February 22, 2022 Signature: */s/ H. Hunter Bruton*

Name: H. Hunter Bruton

**1. Represented Entities** (Fed. Cir. R. 47.4(a)(1)) – Provide the full names of all entities represented by undersigned counsel in this case.

(a) Brodrick Jamar Jenkins

**2. Real Party in Interest** (Fed. Cir. R. 47.4(a)(2)) – Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None

**3. Parent Corporations and Stockholders** (Fed. Cir. R. 47.4(a)(3)) – Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

Not Applicable

**4. Legal Representatives** – List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

**Federal Public Defender**: Jason J. Tupman
**Assistant Federal Public Defender**: Christopher J. Lancaster

**5. Related Cases** – Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). *See also* Fed. Cir. R. 47.5(b).

None

**6. Organizational Victims and Bankruptcy Cases** – Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

Not Applicable

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS**

Case No. 2022-1378

*Brodrick Jamar Jenkins v. United States*

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally spaced typeface and includes 410 words.

Date: February 22, 2022

*/s/ H. Hunter Bruton*
H. Hunter Bruton