# United States Court of Appeals for the Federal Circuit

---

**BRODRICK JAMAR JENKINS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1378

---

Appeal from the United States District Court for the District of North Dakota in No. 3:19-cv-00188-ARS, Magistrate Judge Alice Senechal.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, VACATED AND REMANDED IN PART**

FOR THE COURT

June 28, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court